1
2
3
4
5
6
7                    **UNITED STATES DISTRICT COURT**
8                           **DISTRICT OF NEVADA**
9

10  PRISON LEGAL NEWS, et al.,            )    3:00-cv-00373-HDM-WGC
                                          )
11                  Plaintiffs,           )
                                          )    ORDER
12                                        )
    vs.                                   )
13                                        )
    JACKIE CRAWFORD in her official       )
14  capacity as the former director       )
    of NDOC, et al.,                      )
15                                        )
                    Defendants.           )
16  _____ )

17       The court approves and adopts the stipulation and addendum to the
18  stipulation for dismissal of this action without prejudice.
19  Accordingly, this action is dismissed without prejudice in accordance
20  with the terms and conditions of the stipulation and addendum to the
21  stipulation filed on February 26, 2016 (#140). The court retains
22  jurisdiction over this action to consider any motion to reopen this
23  case to compel compliance with the terms of the stipulated settlement.
24       IT IS SO ORDERED.
25       DATED: This 3rd day of March, 2016.
26
27                                    _____
                                      UNITED STATES DISTRICT JUDGE
28

1